# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

Brenda Marie Olmo                                     **Case No.:** 18-15495
                                                      **Chapter:** 7

## NOTICE OF HEARING ON REAFFIRMATION AGREEMENT

You are hereby notified of a hearing before the Honorable Jerrold N. Poslusny, Jr., United States Bankruptcy Judge.

**Reason for Hearing**: Reaffirmation Agreement between Debtor(s) and Ally Capital

**Location of Hearing**: United States Bankruptcy Court
400 Cooper Street, Courtroom 4C
Camden, NJ

**Date and Time:**    Tuesday, June 19, 2018 at 12:00 PM
or as soon as the matter may be reached.

**If the Debtor(s) would like to appear by phone or would like to request a more convenient time for the hearing, the Debtor(s) should contact the Court at 856-361-2315 not later than 5 days before the hearing date. If Counsel for the Debtor intends to appear, you may contact the Court to request that the matter be heard at 10:00 a.m.**

## CERTIFICATE OF MAILING

I HEREBY CERTIFY that on May 24, 2018 the foregoing notice was served on the following:

Debtor(s)
Counsel for Debtor(s) via (CM/ECF)

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 18-15495-JNP
Brenda Marie Olmo                                                         Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin          Page 1 of 1           Date Rcvd: May 24, 2018
                          Form ID: pdf900      Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 26, 2018.
db             +Brenda Marie Olmo,    32 S. Broadway,    Pennsville, NJ 08070-2037

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr              E-mail/Text: ally@ebn.phinsolutions.com May 24 2018 23:54:45      Ally Capital,    PO Box 130424,
                 Roseville, MN  55113-0004
                                                                                             TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 26, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 24, 2018 at the address(es) listed below:
              Andrew   Sklar    andy@sklarlaw.com, NJ43@ecfcbis.com;dolores@sklarlaw.com
              Denise E. Carlon    on behalf of Creditor   Quicken Loans Inc. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Joel R. Spivack    on behalf of Debtor Brenda Marie Olmo joel@spivacklaw.com,
               admin@spivacklaw.com;r44331@notify.bestcase.com
              Kevin Gordon McDonald    on behalf of Creditor   Quicken Loans Inc. kmcdonald@blankrome.com,
               bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 5