**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Brenda Marie Olmo <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–1674 <br> EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 18–15495–JNP | |

# Order of Discharge                                                                                                             12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Brenda Marie Olmo

6/22/18                                                                **By the court:**   Jerrold N. Poslusny Jr.
                                                                                                        United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:  
Brenda Marie Olmo  
    Debtor

Case No. 18-15495-JNP  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-1     User: admin     Page 1 of 2     Date Rcvd: Jun 22, 2018  
                         Form ID: 318     Total Noticed: 37

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 24, 2018.

```
db              +Brenda Marie Olmo,    32 S. Broadway,    Pennsville, NJ 08070-2037
517399785       +Apothaker & Associates, PC,    520 Fellowship Road,    C306,    Mount Laurel, NJ 08054-3410
517399818      ++CITIBANK,    PO BOX 790034,    ST LOUIS MO 63179-0034
                (address filed with court:  The Home Depot/Cbsd,    CCS Gray Ops Center,    541 Sid Martin Road,
                  Gray, TN 37615-6210)
517399791       Central Credit Service,    550 N Regency Square Blv,    Jacksonville, FL 32225
517399794       Comenity Capital Bank,    ATTN: American Coradius International, L,    35A Rust Lane,
                  Boerne, TX 78006-8202
517399800       Financial Recovery Services,    PO Box 1246,    San Ramon, CA 94583-6246
517399804       Midlan Funding,    ATTN: Pressler & Pressler LLP,    7 Entin Road,    Parsippany, NJ 07054-5020
517399809      +PNC Bank,    Attn: Bankruptcy Department,    Po Box 94982: Mailstop Br-Yb58-01-5,
                  Cleveland, OH 44101-4982
517399808      +Pay Pal Credit,    9690 Deereco Road,    Suite 110,    Timonium, MD 21093-6978
517399811       Pressler & Pressler, LLP,    7 Entin Road,    Parsippany, NJ 07054-5020
517399814      ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                  TRENTON NJ 08646-0245
                (address filed with court:  State of New Jersey,    Department of the Treasury,
                  Division of Taxation,    PO Box 269,    Trenton, NJ 08695-0269)
517399816       The Home Depot,    PO Box 689147,    Des Moines, IA 50368-9147
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jun 23 2018 00:00:48    U.S. Attorney,    970 Broad St.,
                  Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 23 2018 00:00:45    United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                  Newark, NJ 07102-5235
cr              EDI: GMACFS.COM Jun 23 2018 03:33:00    Ally Capital,    PO Box 130424,
                  Roseville, MN 55113-0004
517399783       EDI: GMACFS.COM Jun 23 2018 03:33:00    Ally,    PO Box 380902,    Minneapolis, MN 55438-0902
517399784      +EDI: GMACFS.COM Jun 23 2018 03:33:00    Ally Financial,    Attn: Bankruptcy,    Po Box 380901,
                  Bloomington, MN 55438-0901
517399786      +EDI: TSYS2.COM Jun 23 2018 03:33:00    Barclays Bank Delaware,    Attn: Correspondence,
                  Po Box 8801,    Wilmington, DE 19899-8801
517399787       EDI: HFC.COM Jun 23 2018 03:33:00    Best Buy,    Retail Services,    PO Box 15521,
                  Wilmington, DE 19850-5521
517399790       E-mail/Text: bankruptcy@cavps.com Jun 23 2018 00:01:07    Cavalry Portfolio Services LLC,
                  PO Box 1017,    Hawthorne, NY 10532
517399788      +E-mail/Text: bankruptcy@cavps.com Jun 23 2018 00:01:07    Cavalry,    PO Box 520,
                  Valhalla, NY 10595-0520
517399789      +E-mail/Text: bankruptcy@cavps.com Jun 23 2018 00:01:07    Cavalry Portfolio Services,
                  Attn: Bankruptcy Department,    500 Summit Lake Ste 400,    Valhalla, NY 10595-2322
517399793       EDI: WFNNB.COM Jun 23 2018 03:33:00    Comenity Bank,    Bankruptcy Department,    PO Box 182125,
                  Columbus, OH 43218-2125
517399796      +EDI: CCS.COM Jun 23 2018 03:33:00    Credit Collection Services,    Two Wells Avenue,
                  Dept. 9133,    Newton Center, MA 02459-3225
517399795      +EDI: CCS.COM Jun 23 2018 03:33:00    Credit Collection Services,    725 Canton Street,
                  Norwood, MA 02062-2679
517399797      +E-mail/Text: legaldepartment@del-one.org Jun 23 2018 00:00:39    Del-One Federal Credit Union,
                  ATTN: Legal Department,    270 Beiser Boulevard,    Dover, DE 19904-7790
517399798      +E-mail/Text: legaldepartment@del-one.org Jun 23 2018 00:00:39    Delaware Federal Cre,
                  270 Beiser Blvd,    Dover, DE 19904-7790
517399799      +EDI: NAVIENTFKASMDOE.COM Jun 23 2018 03:34:00    Dept of Ed / Navient,    Attn: Claims Dept,
                  Po Box 9635,    Wilkes Barr, PA 18773-9635
517399801      +E-mail/Text: data_processing@fin-rec.com Jun 23 2018 00:00:20
                  Financial Recovery Services, Inc.,    PO Box 385908,    Minneapolis, MN 55438-5908
517399803       EDI: IRS.COM Jun 23 2018 03:33:00    Internal Revenue Service,    PO Box 21126,
                  Philadelphia, PA 19114
517399805      +EDI: MID8.COM Jun 23 2018 03:33:00    Midland Funding,    2365 Northside Dr Ste 300,
                  San Diego, CA 92108-2709
517399807      +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jun 23 2018 00:00:45    Office of the U.S. Trustee,
                  District of New Jersey,    U.S. Department of Justice,    One Newark Center, Suite 2100,
                  Newark, NJ 07102-5235
517399810       EDI: PRA.COM Jun 23 2018 03:33:00    Portfolio Recovery Assoc. LLC,    PO Box 12914,
                  Norfolk, VA 23541
517399812      +E-mail/Text: bankruptcyteam@quickenloans.com Jun 23 2018 00:01:12    Quicken Loans,
                  1050 Woodward Avenue,    Detroit, MI 48226-1906
517401495      +EDI: RMSC.COM Jun 23 2018 03:33:00    Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                  PO Box 41021,    Norfolk, VA 23541-1021
517399815      +EDI: RMSC.COM Jun 23 2018 03:33:00    Synchrony Bank/Old Navy,    Attn: Bankruptcy,
                  Po Box 965060,    Orlando, FL 32896-5060
517399817       EDI: CITICORP.COM Jun 23 2018 03:33:00    The Home Depot/CBSD,    PO Box 6497,
                  Sioux Falls, SD 57117-6497
                                                                                               TOTAL: 25
```

```
District/off: 0312-1            User: admin              Page 2 of 2                Date Rcvd: Jun 22, 2018
                                Form ID: 318             Total Noticed: 37
```

```
              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517399802*     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 7346,
                 PHILADELPHIA PA 19101-7346
                 (address filed with court:   Internal Revenue Service,    Special Procedures Branch,
                 Bankruptcy Section,    PO Box 724,    Springfield, NJ 07081-0724)
517399806*     +Midland Funding LLC,    2365 Northside Drive,    Ste 300,    San Diego, CA 92108-2709
517399813*     +Quicken Loans, Inc.,    1050 Woodward Ave,    Detroit, MI 48226-1906
517399792     ##+Citibank/Sears Premier,    ATTN: Midland Credit Management, Inc.,    Dept. 12421,    PO Box 603,
                 Oaks, PA 19456-0603
                                                                                              TOTALS: 0, * 3, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 24, 2018                                Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 22, 2018 at the address(es) listed below:
              Andrew Sklar    andy@sklarlaw.com, NJ43@ecfcbis.com;dolores@sklarlaw.com
              Denise E. Carlon    on behalf of Creditor   Quicken Loans Inc. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Joel R. Spivack    on behalf of Debtor Brenda Marie Olmo joel@spivacklaw.com,
               admin@spivacklaw.com;r44331@notify.bestcase.com
              Kevin Gordon McDonald    on behalf of Creditor   Quicken Loans Inc. kmcdonald@blankrome.com,
               bkgroup@kmllawgroup.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 5
```